# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1827
_____

JOHANNA BEANBLOSSOM,

Appellant,

v.

THE SCHOOL BOARD OF BAY
COUNTY, FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

January 14, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Cecile M. Scoon of Peters and Scoon, Panama City, for Appellant.

Heather K. Hudson and Dixon Ross McCloy of Hand, Arendall, Harrison, Sale, LLC, Panama City, for Appellee.